UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

      Plaintiff,                                     CASE NO. _____

v.

C & N YACHT REFINISHING, INC.,
and CUONG NGUYEN,

      Defendants.
_____/

## COMPLAINT

Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), for its Complaint against the Defendants, C & N Yacht Refinishing, Inc. ("C & N"), and Cuong Nguyen (hereafter collectively as "Indemnitors"), states as follows:

## PARTIES

1. Plaintiff, Travelers, is a surety company incorporated in the State of Connecticut, with its principal place of business located in Hartford, Connecticut, which among other things, acts as a commercial surety to furnish certain bonds to selected contractors, including performance bonds.

2. Made defendants herein are:

    1. C & N, a Florida corporation with a principal place of business in Fort Lauderdale, Florida; and

2. Cuong Nguyen, a person of the full age of majority, a resident and domiciliary of Fort Lauderdale, Florida.

## JURISDICTION AND VENUE

3. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. This Court has jurisdiction pursuant to 28 U.S.C. § 1332.

4. Venue is properly placed in this Court pursuant to 28 U.S.C. § 1391 as all defendants reside within this judicial district and a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

## GENERAL ALLEGATIONS

5. Travelers is a surety company that, among other things, issues performance bonds and stands as surety for selected contractors.

6. At all pertinent times, C & N was a contractor in the business of performing work on vessels and sought bonding from Travelers in connection with a contract between C & N and Ocean World/Lucky Cat (by Larry Ashkinazy for Larry Ash LLC) (the "Obligee") for paint work, full prime, paint hull and Superstructure re Boat/Vessel: Ocean World aka Lucky Cat (the "Project").

7. In order to induce Travelers to issue a performance bond on behalf of C & N on the Project, on or about August 31, 2018, C & N and Cuong Nguyen (sometimes collectively referred to as the "Indemnitors") executed an Indemnity Agreement ("Indemnity Agreement") in favor of Travelers. A copy of the Indemnity Agreement is attached hereto as **Exhibit "A."**

8. The Indemnity Agreement provides, in part:

> Indemnitors will pay all premiums, as they fall due, until Company has been provided with competent legal evidence that the Bond has been duly discharged. Indemnitors will at all times indemnify and exonerate Company from and against any and all loss, cost and expense of whatever kind which it may incur or sustain as a result of or in connection with the furnishing of the Bond and/or the enforcement of this Agreement, including unpaid premiums, interest, court costs and counsel fees, and any expense incurred or sustained by reason of making any investigation. To this end Indemnitors promise: a) to promptly reimburse Company for all sums paid and b) to deposit with Company on demand an amount sufficient to discharge any claim made against Company on the Bond. This sum may be used by Company to pay such claim or be held by Company as collateral security against loss or cost on the Bond.

9. At C & N's request and in reliance on the Indemnity Agreement, Travelers issued Performance Bond No. 049-SB-106974834, for the Project naming C & N as principal and Ocean World aka Lucky Cat by Larry Ashkinazy for Larry Ash LLC as the Obligee (the "Bond") in the penal sum of $150,000.00. A copy of the Bond is attached as **Exhibit "B."**

10. Issues arose with C & N's performance on the Project and on August 4, 2019, the Obligee declared C & N to be in default on the Project, and thereafter made demand on the Bond.

11. After investigation, Travelers paid to the Obligee the sum of $150,000.00 under the Bond.

12. By letters dated April 27, 2020 and September 17, 2020, Travelers made demand on the Indemnitors for indemnity and reimbursement for the $150,000.00 paid to the Obligee pursuant to the terms of the Indemnity Agreement.

3

13. To date, the Indemnitors have not indemnified or reimbursed Travelers for any of its loss.

14. Due to the Indemnitors' failure to honor their obligations under the Indemnity Agreement, Travelers has retained Mills Paskert Divers P.A. and undersigned counsel, and continues to incur attorneys' fees and expenses.

## COUNT I
## Contractual Indemnification

15. Travelers realleges and incorporates paragraphs 1 through 14 above, as though fully set forth herein.

16. Despite amicable demand, the Indemnitors have refused and/or failed to honor their indemnity obligations to Travelers under the Indemnity Agreement.

17. Pursuant to the Indemnity Agreement, the Indemnitors are liable to indemnify Travelers from and against all liability for losses and expenses, including attorneys' fees, incurred by Travelers by reason of having executed the Bond, including the $150,000.00 paid to the Obligee, and for all attorneys' fees, costs and expenses incurred in enforcing the Indemnity Agreement.

**WHEREFORE,** the Plaintiff, Travelers Casualty and Surety Company of America, prays for the following relief:

1. That the Court enter Judgment in favor of Travelers Casualty and Surety Company of America and against Defendants, C & N Yacht Refinishing, Inc., and Cuong Nguyen, jointly and severally, awarding to Travelers Casualty and Surety Company of America the sum of $150,000.00, plus any and all expenses and attorneys' fees incurred

by Travelers Casualty and Surety Company of America by reason of having executed the Bond;

    2.    That the Court enter Judgment in favor of Travelers Casualty and Surety Company of America and against Defendants, C & N Yacht Refinishing, Inc., and Cuong Nguyen, awarding to Travelers Casualty and Surety Company of America all attorneys' fees, costs and expenses incurred in enforcing the Indemnity Agreement; and

    3.    For such additional relief as this Court may deem just and proper.

Respectfully submitted:

*/s/ Alberta L. Adams*
ALBERTA L. ADAMS
Fla. Bar No. 80063
MILLS PASKERT DIVERS P.A.
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502
Email: aadams@mpdlegal.com
*Attorneys for Travelers Casualty and Surety Company of America*